# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

**In re** Gustavo A Segura  
Sol-Jeanette Segura

**Case No.** 11-10481-BFK

**Debtor(s)**

**Chapter** 13

## ORDER FOR RETURN OF UNCLAIMED FUNDS

A Motion for Return of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the United States Trustee and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

**ORDERED** that the unclaimed funds in the amount of $ 1350.00 , currently on deposit with the Treasury of the United States, be returned to:

Gustavo A Segura  
Sol-Jeanette Segura  
Jeremy Huang, Esquire  
HUANG LAW PLLC  
8201 Greensboro Dr., Suite 300  
McLean, VA 22102

Let the Clerk give notice of entry of this order to the debtor(s), attorney for debtor(s), movant, attorney for movant, if applicable, trustee and United States Trustee.

Date: Mar 20 2014

/s/ Brian F. Kenney  
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER  
ENTERED ON DOCKET:  
March 20, 2014

pc: Financial Administrator

[ounclmfd ver. 03/06]